## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

EDWARD PISTORIO, individually and on behalf of all others similarly situated,

        Plaintiff,

- against -

MARS WRIGLEY CONFECTIONERY US LLC,

        Defendant

## NOTICE OF LEAD COUNSEL DESIGNATION

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as lead counsel for Plaintiff Edward Pistorio.

Dated:   January 26, 2024

        Respectfully submitted,

        /s/ *William Wright*
        The Wright Law Office, P.A.
        515 N Flagler Dr Ste P300
        West Palm Beach FL 33401
        (561) 514-0904
        willwright@wrightlawoffice.com

        *Lead Counsel for Plaintiff*