**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

EDWARD PISTORIO, individually
and on behalf of all others
similarly situated,

    Plaintiff,

v.                                                          Case No. 2:24-CV-90-SPC-NPM

MARS WRIGLEY CONFECTIONERY
US LLC,

    Defendant.
_____

**DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

    Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Plaintiff Edward Pistorio, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   *Not applicable. Plaintiff is a natural person.*

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be.  See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220

*Plaintiff Edward Pistorio, citizen of Florida.*

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

   *Plaintiff, Edward Pistorio.*

   *Plaintiff's Counsel, The Wright Law Office, P.A.*

   *Defendant, Mars Wrigley Confectionery US LLC.*

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

   *Not applicable as to Plaintiff.*

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

   *Not applicable as to Plaintiff.*

6. Identify each person arguably eligible for restitution:

   *Plaintiff Edward Pistorio and the proposed class.*

☒ I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: January 30, 2024

                                                         Respectfully submitted,

                                                         */s/ William Wright*
                                                         The Wright Law Office, P.A.

---

(11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

        515 N Flagler Dr Ste P300
        West Palm Beach FL 33401
        (561) 514-0904
        willwright@wrightlawoffice.com

*Lead Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties.

/s/ *William Wright*