**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | |
|---|---|
| EDWARD PISTORIO, individually and on behalf of all others similarly situated,<br><br>      *Plaintiff*,<br><br>    v.<br><br>MARS WRIGLEY CONFECTIONERY US, LLC,<br><br>      *Defendant*. | Case No. 2:24-CV-00090-SPC-NPM |

**NOTICE OF LEAD COUNSEL DESIGNATION**

To:    The clerk of court and all parties of record

      I am admitted or otherwise authorized to practice in this court, and I appear in this case as lead counsel for Defendant Mars Wrigley Confectionery US, LLC.

Dated:  June 14, 2024

                                                        Respectfully submitted,

                                                         */s/ Benjamin W. Graham*
                                                        Benjamin W. Graham (*pro hac vice*)
                                                        WILLIAMS & CONNOLLY LLP
                                                        680 Maine Avenue, S.W.
                                                        Washington, DC  20024
                                                        Tel.:   (202) 434-5000
                                                        Fax:   (202) 434-5029
                                                        Email: bgraham@wc.com

                                                        *Counsel for Mars Wrigley*
                                                        *Confectionery US, LLC*