## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

| | |
|---|---|
| EDWARD PISTORIO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>MARS WRIGLEY CONFECTIONERY US LLC,<br><br>Defendant | 2:24-cv-00090-SPC-NPM<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff gives notice that this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   July 5, 2024

                                                  Respectfully submitted,

                                                  The Wright Law Office, P.A.
                                                  /s/ Will Wright
                                                  William Wright
                                                  willwright@wrightlawoffice.com
                                                  515 N Flagler Dr Ste P300
                                                  West Palm Beach FL 33401
                                                  Tel: (561) 514-0904

## Certificate of Service

I certify that on July 5, 2024, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Will Wright